UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA

v.

DOUGLAS SHYNE,
NATASHA SINGH,
  a/k/a "Beatris Rodrigues,"
NATHANIEL SHYNE,
TOYBE BENNETT,
  a/k/a "Dmitriy Makarovich,"
  a/k/a "Dmitriy Makervisch,"
  a/k/a "Eduardo Rodrigues,"
  a/k/a "Cecilio Pena,"
ROBERTO MONTGOMERY,
EPHRAIM RICHARDSON,
NARESH PITAMBAR
JASON WATLER,
STEVEN RIDDICK,
NATANIEL ALEXANDER, and
TIMOTHY MONTGOMERY,

                    Defendants.

S4 05 CR. 1067 (KMK)

## ORDER ADMITTING ROBERT W. MCFARLAND *PRO HAC VICE*

It appearing to the Court that Robert W. McFarland, attorney-at-law, declares by affidavit that he meets the requirements for admission *Pro Hac Vice* in this case and he is in good standing to practice in the Commonwealth of Virginia.

IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Robert W. McFarland to appear in the United States District Court for the Southern District of New York, is hereby granted.

_____
Judge, United States District Court

DATED: May 9, 2006