McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
Phone: 757.640.3700
Fax: 757.640.3701
www.mcguirewoods.com

Robert W. McFarland
Direct: 757/640.3716

# McGUIREWOODS

rmcfarland@mcguirewoods.com
Direct Fax: 757/640.3966

## MEMO ENDORSED

June 12, 2006

The Honorable Kenneth M. Karas,
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007



USDC SDNY
 UMENT
ECTRONICALLY FILED
DATE FILED: 6/19/06

United States v. Douglas Shyne, et al.
S4 05 Cr. 1067 (KMK)

Dear Judge Karas:

The undersigned represents defendant Timothy Montgomery in the above matter.

I write to request a modification of the conditions of Mr. Montgomery's pre-trial release. A copy of those conditions is attached hereto for the Court's reference.

Specifically, as Mr. Montgomery has complied to date with all conditions of his release, including appearing for and passing all random urinalysis tests, we ask that his testing schedule be modified to once per month. We have discussed this proposed modification with both Assistant U.S. Attorney E. Danya Perry and Mr. Montgomery's pre-trial services officer, Mr. Timothy O. Matthews, and they are both in agreement with the requested modification. Mr. Montgomery will continue to adhere to all of the conditions of his release as ordered.

We appreciate the Court's attention to this matter. With best wishes, I am

Sincerely yours,

Robert WM. Farland

Robert W. McFarland

RWM/sas
CC:        The Honorable James E. Bradberry,
           United States Magistrate Judge
           E. Danya Perry, Esq., Assistant United States Attorney
           Mr. Timothy O. Matthews

Mr. Montgomery's testing schedule is modified to once per month. GRANTED.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
6/15/06