UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ELECTRONICALLY FILED

DATE FILED: 9/25/06

United States of America,

-v-

Douglas Shyne, et al

              Defendants.

Case No. 05-CR-1067 (KMK)

ORDER
ECF

KENNETH M. KARAS, District Judge:

    For the reasons stated on the record on September 15, 2006, the joint severance motions filed by defendants Timothy Montgomery, Nathaniel Alexander and Steven Riddick are hereby denied. The Clerk shall terminate the motion (Document #118).

    The Government shall turn over all pre-marked exhibits to the defendants by March 19, 2007. The Court will hold a final pre-trial conference on March 28, 2007 at 2pm. Requests to charge and proposed voir dire to be filed by February 5, 2007.

    Jury selection and trial for all defendants is set for April 2, 2007 at 10am.

SO ORDERED.

Dated:    September 25, 2006
            New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE