**Robert W. McFarland**　　　　　　　　　　　　　　　　　　　　　　　　　　rmcfarland@mcguirewoods.com
Direct: 757/640.3716　　　　　　　　　　　　　　　　　　　　　　　　　　　　Direct Fax: 757/640.3966

February 5, 2007

**ELECTRONICALLY FILED**

J. Michael McMahon, Clerk
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

　　　　Re:　　United States v. Douglas Shyne, et al.
　　　　　　　　Case Number:  S4 05 Cr. 1067 (KMK)

Dear Mr. McMahon:

　　　　Enclosed are Defendant Timothy Montgomery's Jury Instructions in the above matter. The Defendant, Timothy Montgomery, also reserves the right to supplement his jury instructions as additional evidence becomes available to him.

　　　　Thank you for your assistance.

　　　　　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　　　　　_____/s_____
　　　　　　　　　　　　　　　　　　　　　　Robert W. McFarland

RWM/pdf

Enclosure

cc:　　All counsel of record (via electronic notice)

J. Michael McMahon, Clerk
February 5, 2007
Page 2


bc:     Tim Montgomery (Timontgomery978@yahoo.com)


\4424960.1