

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DOUGLAS SHYNE,
NATASHA SINGH,
  a/k/a "Beatris Rodrigues,"
NATHANIEL SHYNE,
TOYBE BENNETT,
  a/k/a "Dmitriy Makarovich,"
  a/k/a "Dmitriy Makervisch,"
  a/k/a "Eduardo Rodrigues,"
  a/k/a "Cecilio Pena,"
ROBERTO MONTGOMERY,
EPHRAIM RICHARDSON,
NARESH PITAMBAR
JASON WATLER,
STEVEN RIDDICK,
NATANIEL ALEXANDER, and
TIMOTHY MONTGOMERY,

              Defendants.

S4 05 CR. 1067 (KMK)

**ORDER FOR ADMISSION**
*PRO HAC VICE*
**ON WRITTEN MOTION**

Upon the Motion of Richard L. Jarashow, attorney for Defendant Timothy Montgomery and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Timothy J. Heaphy, Esq.
    McGuireWoods LLP
    One James Center
    901 East Cary Street
    Richmond, Virginia 23219-4030
    Phone: 804-775-4744
    Facsimile: 804-698-2068
    E-mail: theaphy@mcguirewoods.com

is admitted to practice *pro hac vice* as counsel for Defendant Timothy Montgomery in the above captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: March 14, 2007
City, State: NY, NY

_____
United States District/Magistrate Judge