

**McGuireWoods LLP**
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone: 804.775.1000
Fax: 804.775.1061
www.mcguirewoods.com

Timothy J. Heaphy
Direct: 804.775.4744

theaphy@mcguirewoods.com
Direct Fax: 804.698.2068

October 17, 2007

**MEMO ENDORSED**

The Honorable Kenneth M. Karas
United States District Court, Southern District of New York
300 Quarropas Street, Room 533
White Plains, NY 10601

    Re: United States v. Timothy Montgomery, Crim. No. 1:05 cr 1067

Dear Judge Karas:

    The above-referenced criminal case is scheduled for a status hearing before this Court on November 1, 2007. I am writing to request that the November 1 status hearing be vacated and a sentencing date be scheduled.

    I have spoken to AUSA Danya Perry, counsel for the United States in this matter, about the November 1 hearing. She is not opposed to vacating that hearing and scheduling a sentencing date in this matter.

    Thank you in advance for your consideration.

                                Sincerely,

                                Timothy J. Heaphy /s
                                Timothy J. Heaphy
                                Counsel to Timothy Montgomery

Cc:    AUSA Danya Perry

*[Handwritten: Sentence is scheduled for December 12, 2007 at 3:00]*

*[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED:_____]*

SO ORDERED

*[Signature]*
KENNETH M. KARAS U.S.D.J.
10/17/07