# JOB INVOICE

*[handwritten notation near top]* ~~Passing BLDG~~

| | |
|---|---|
| **TO** First Lending Mortgage Co. | **DATE ORDERED** 11/16/04 |
| **ADDRESS** Hillside Avenue | **ORDER TAKEN BY** Chris |
| New York | **PHONE NO.** — **CUSTOMER ORDER #** |
| **ATTENTION** Winston Shillingford | **JOB LOCATION** 346.0033 Billing |
| | **JOB PHONE** |
| | **STARTING DATE** 11/16/04 |
| | **TERMS** 6 months |

| QTY | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 20 | Credit Services Personal Accounts | | $67,400 | Help to clear credit report to be able to get a mortgage |
| 5 | Business (DBA) Services Credit Reports | | | |

**MISCELLANEOUS CHARGES** — Included in Total Price

*[large handwritten note across form]* ★ Paid in Full by Check (Company Ck)

| LABOR | HOURS | RATE | AMOUNT |
|---|---|---|---|
| | | | |

**WORK ORDERED BY** Winston Shillingford
**DATE ORDERED** 11/16/04
**DATE COMPLETED** 3/16/05

**CUSTOMER APPROVAL SIGNATURE** [signed]
**AUTHORIZED SIGNATURE** [signed]

| | |
|---|---|
| TOTAL LABOR | $67,400.00 |
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| **GRAND TOTAL** | $67,400.00 |

adams NC2817
MADE IN USA

**JOB INVOICE**

GOVERNMENT EXHIBIT 402 06-Cr. 832 (KTD) (ID)

# JOB INVOICE

**TO:** Christopher Owens (Ceo)
**ADDRESS:** Richmond Va 23227
**ATTENTION:** *Paid in Full* Company

**DATE ORDERED:** 11/27/04
**ORDER TAKEN BY:** Monacee
**PHONE NO:** 804-343-0093
**CUSTOMER ORDER #:**
**JOB LOCATION:** 804-343-0093
**JOB PHONE:**
**STARTING DATE:** 11/27/04
**TERMS:** 6 months

| QTY | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| 3 | business Super market Credit Services w/ employees (total # 95 people) | | $15,000.00 |
| 5 | locations R+S Stores Credit Services with managers and employees total # 150 clients | | $60,000 |
| 15 | Personal Files for Credit Services the Owner of above Companies | | $85,000.00 |
| * | Order Total | | $160,000.00 |

**DESCRIPTION OF WORK:** Repair Credit Reports Personal and Business (help to Est New Credit For business + Personal

**MISCELLANEOUS CHARGES:** Dis Counted

**LABOR:** Flat Rates for Commercial Accounts

**WORK ORDERED BY:** Monacee (C. Owens)
**DATE ORDERED:** 11/27/04
**DATE COMPLETED:** 5/27/05

**TOTAL LABOR:** 160,000
**TOTAL MATERIALS:**
**TOTAL MISCELLANEOUS:**
**SUBTOTAL:**
**TAX:**
**GRAND TOTAL:** 160,000

Adams NC2817
MADE IN USA

JOB INVOICE