**DUPLICATE ORIGINAL**

## Request for Adjournment

TO: <u>Honorable Kenneth M. Karas</u>  
U.S. District Court Judge

OFFENSE: Conspiracy to Commit Bank Fraud and Bank Fraud

From: Sara K. Anderson  
U.S. Probation Officer

Current Sentence Date: April 21, 2008

Re: Timothy Montgomery  
DKT. # S4 05-CR-1067-12 (KMK)

Date: March 25, 2008

AUSA: E. Danya Perry, Daniel Levy

Defense Counsel: Timothy Heaphy

*****************************************************************

This adjournment is requested for the following reason:

1. AN ADJOURNMENT IS GRANTED: ✓

   IF APPROVED, NEW DATE OF SENTENCE 5/16/08 TIME & ROOM Room 521
   11:30   300 Quarropas St.
   White Plains NY
   10601

2. REQUEST IS DENIED _____

___3/26/08___  
DATE

_____  
U.S. DISTRICT COURT JUDGE

cc: E. Danya Perry, Daniel Levy  
U.S. Attorney's Office  
One St. Andrew's Plaza  
New York, NY 10007

Timothy Heaphy  
McGuirewoods, LLP  
901 East Cary Street  
Richmond, VA 23219

NY 468



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

P49113

TO:        Honorable Kenneth M. Karas
             U.S. District Judge

FROM:     Selwyn F. Foderingham, Jr.
             Senior U.S. Probation Officer

                                        Re:    Timothy Montgomery
                                        Dkt:   S4 05-CR-1067-12 (KMK)

Enclosed is a matter from the U.S. Probation Office requesting consideration and/or review by Your Honor. Please direct your response along with any attachments to our office so that we may take appropriate action.

                                       Respectfully submitted,

                                       Chris J. Stanton
                                       Chief Probation Officer

                                       *[signature]*

                                       Selwyn F. Foderingham, Jr.
                                       Senior U.S. Probation Officer
                                       212-805-5159

DATE:    March 25, 2008

NY 201
(Rev.2/03)